FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 20 2026

ERIK PALTROW
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 26cr 5545 DHU |
| | ) | |
| vs. | ) | 52 U.S.C. § 20511(2)(A): Procurement and |
| | ) | Submission of Materially False, Fictitious, |
| **ROBERT GLENN JOHNSON,** | ) | and Fraudulent Voter Registration |
| | ) | Application. |
| Defendant. | ) | |

# INDICTMENT

The Grand Jury charges:

On or about September 18, 2022, in Bernalillo County, in the District of New Mexico, the defendant, **ROBERT GLENN JOHNSON**, knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the State of New Mexico of a fair and impartially conducted election process for Federal office by the procurement and submission of a voter registration application that was known by him to be materially false, fictitious, and fraudulent under the laws of the State in which the election was held, that is, **ROBERT GLENN JOHNSON** submitted and caused to be submitted a voter registration application falsely, fictitiously, and fraudulently claiming that he was a resident of the State of New Mexico to the Bernalillo County Clerk's Office Bureau of Elections.

In violation of 52 U.S.C. § 20511(2)(A).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney